**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**LONNIE C. BURGESS, ET AL.**                                                         **PLAINTIFFS**

**VS.**                       **NO. 4:06CV00062 GTE**

**LARSON'S GROCERY OF OXFORD, INC., ET AL.**                 **DEFENDANTS**

## ORDER OF DISMISSAL

The captioned case was scheduled for trial on Tuesday, August 21, 2007, but the parties voluntarily entered into a settlement discussion with the Magistrate, The Honorable Thomas Ray, and that settlement conference took place on Monday, August 20, 2007. At the end of the settlement conference the parties agreed to a settlement. Therefore, based upon the settlement agreement, the captioned case is dismissed, with prejudice, but the Court is reserving jurisdiction for sixty (60) days to insure that the settlement agreement is fully conformed. The Court has advised that the parties, at the completion of the settlement conference, before the Magistrate, dictated the settlement into the record, so the Court is retaining jurisdiction for the purpose of dealing with any issues that may arise from the implementation of the settlement agreement.

      IT IS SO ORDERED.

                                            /s/Garnett Thomas Eisele
                                            THE HONORABLE G. THOMAS EISELE,
                                            UNITED STATES DISTRICT JUDGE

                                            DATE: August 23, 2007